# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Jennifer DeLaRosa,
*individually and on behalf of all others similarly situated,*

    Plaintiff,                              CASE NO.: 8:23-cv-0179-CEH-SPF

vs.

Papa John's International, Inc.,

    Defendant.

_____/

## **PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

COMES NOW, Plaintiff Jennifer DeLaRosa ("Plaintiff"), by and through his undersigned counsel, pursuant to Local Rule 3.09(a), and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement on an individual (non-class) basis, and are in the process of finalizing the settlement agreement.

Dated: May 15, 2023

                                                Respectfully submitted:

                                                */s/ Benjamin W. Raslavich*
                                                **BENJAMIN W. RASLAVICH, ESQ.**
                                                Florida Bar No.: 0102808
                                                **KUHN RASLAVICH, P.A.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 – 7782
Facsimile: (813) 422 – 7783
ben@theKRfirm.com
Counsel for Plaintiff