# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Jennifer DeLaRosa,
*individually and on behalf of all
other similarly situated,*

    Plaintiff,

v.

Case No.8:23-cv-0179-CEH-SPF

Papa John's International, Inc,

    Defendant.

_____/

## NOTICE VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, Jennifer DeLaRosa, by and through undersigned counsel, hereby dismisses her individual claims with prejudice, and dismisses the alleged class claims without prejudice.


Dated: May 31, 2023

Respectfully submitted,

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 – 7782
Facsimile: (813) 422 – 7783
Ben@theKRfirm.com
Counsel for Plaintiff


*[Certificate of Service follows on the next page]*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808