UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER DELAROSA,

    Plaintiff,

v.      Case No: 8:23-cv-179-CEH-SPF

PAPA JOHN'S INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 42). In accord with the Notice of Voluntary Dismissal With Prejudice, it is **ORDERED**:

1) Plaintiff's individual claims against Defendant are dismissed with prejudice. Plaintiff's putative class claims are dismissed without prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 5, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record